**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            **Chapter 13**
DANEEN NOSHOEN HENDERSON

               **Debtor**             **Bankruptcy No.** 21-12592-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: December 14, 2021       _____
                                                 Honorable Ashely M. Chan
                                                 Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MARCIA Y. PHILLIPS
430 EXTON SQUARE PARKWAY
#1568
EXTON, PA 19341-

Debtor:
DANEEN NOSHOEN HENDERSON

3941 N 9TH ST

PHILADELPHIA, PA 19140