| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| 2DC | 120409 | GRANDE | XN50K | 000000638 | | |

# Earnings Statement    ADP

**METHOD RESIDENTIAL PB INC**
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 05/24/2021
Period Ending: 06/06/2021
Pay Date: 06/11/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

**DANEEN HENDERSON**
3941 N 9TH STREET
PHILADELPHIA  PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 70.50 | 1,057.50 | 13,118.36 |
| Holiday | 15.0000 | 8.00 | 120.00 | 120.00 |
| Pto | 15.0000 | 9.50 | 142.50 | 142.50 |
| Overtime | | | | 669.56 |
| Vacation | | | | 133.00 |
| **Gross Pay** | | | **$1,320.00** | 14,604.47 |

Your federal taxable wages this period are $1,202.28
Your PA taxable wages this period are $1,202.28
Your Philadelphia taxable wages this period are $1,320.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -78.69 | 847.36 |
| | Social Security Tax | -74.54 | 844.43 |
| | Medicare Tax | -17.44 | 197.49 |
| | PA State Income Tax | -36.91 | 418.14 |
| | Philadelphia Income Tax | -51.10 | 565.38 |
| | PA SUI Tax | -0.79 | 8.76 |
| | **Other** | | |
| | DENTAL | -7.12* | 85.44 |
| | Medical | -107.31* | 859.71 |
| | Vision | -3.29* | 39.48 |
| **Net Pay** | | | **$942.81** |
| Chkck1 | | | -932.81 |
| Chkck2 | | | -10.00 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 70.50 | |

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

**METHOD RESIDENTIAL PB INC**
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000230008
Pay date: 06/11/2021

Deposited to the account of
**DANEEN HENDERSON**

| account number | transit  ABA | amount |
|---|---|---|
| xx5996 | XXXX  XXXX | $932.81 |
| xxxxxx0938 | XXXX  XXXX | $10.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP

```
2DC  120409  GRANDE  XN50K
```

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning:  06/07/2021
Period Ending:     06/20/2021
Pay Date:          06/25/2021

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 80.00 | 1,200.00 | 14,318.36 |
| Overtime | | | | 669.56 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| Vacation | | | | 133.00 |
| **Gross Pay** | | | **$1,200.00** | 15,804.47 |

Your federal taxable wages this period are $1,082.28
Your PA taxable wages this period are $1,082.28
Your Philadelphia taxable wages this period are $1,200.00

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -45.06 | 892.42 |
| Social Security Tax | -67.10 | 911.53 |
| Medicare Tax | -15.69 | 213.18 |
| PA State Income Tax | -33.23 | 451.37 |
| Philadelphia Income Tax | -46.46 | 611.84 |
| PA SUI Tax | -0.72 | 9.48 |
| **Other** | | |
| DENTAL | -7.12* | 92.56 |
| Medical | -107.31* | 967.02 |
| Vision | -3.29* | 42.77 |
| **Net Pay** | **$874.02** | |
| Chkck1 | -854.02 | |
| Chkck2 | -20.00 | |
| **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number:  00000254008
Pay date:       06/25/2021

Deposited to the account of
DANEEN HENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | xxxx xxxx | $854.02 |
| xxxxxx0938 | xxxx xxxx | $20.00 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CO. FILE DEPT. CLOCK VCHR. NO.
2DC 120409 GRANDE XN50K 0000

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 06/21/2021
Period Ending: 07/04/2021
Pay Date: 07/09/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 72.00 | 1,080.00 | 15,398.36 |
| Holiday OT | 22.5000 | 8.00 | 180.00 | |
| Overtime | | | | 669.56 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| Vacation | | | | 133.00 |
| **Gross Pay** | | | **$1,260.00** | 17,064.47 |

Your federal taxable wages this period are $1,142.28
Your PA taxable wages this period are $1,142.28
Your Philadelphia taxable wages this period are $1,260.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.26 | 944.68 |
| | Social Security Tax | -70.82 | 982.35 |
| | Medicare Tax | -16.56 | 229.74 |
| | PA State Income Tax | -35.07 | 486.44 |
| | Philadelphia Income Tax | -48.38 | 660.22 |
| | PA SUI Tax | -0.76 | 10.24 |
| | **Other** | | |
| | DENTAL | -7.12* | 99.68 |
| | Medical | -107.31* | 1,074.33 |
| | Vision | -3.29* | 46.06 |
| | **Net Pay** | **$918.43** | |
| | Chkck1 | -898.43 | |
| | Chkck2 | -20.00 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 72.00 |

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000270008
Pay date: 07/09/2021

Deposited to the account of
DANEEN HENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | XXXX XXXX | $898.43 |
| xxxxxx0938 | XXXX XXXX | $20.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CO FILE DEPT. CLOCK VCHR. NO.
2DC 120409 GRANDE XN50K 0000980

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 07/05/2021
Period Ending: 07/18/2021
Pay Date: 07/23/2021

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 80.00 | 1,200.00 | 16,598.36 |
| Overtime | | | | 669.56 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| Vacation | | | | 133.00 |
| **Gross Pay** | | | **$1,200.00** | 18,264.47 |

Your federal taxable wages this period are $1,082.28
Your PA taxable wages this period are $1,082.28
Your Philadelphia taxable wages this period are $1,200.00

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -45.06 | 989.74 |
| Social Security Tax | | -67.10 | 1,049.45 |
| Medicare Tax | | -15.70 | 245.44 |
| PA State Income Tax | | -33.23 | 519.67 |
| Philadelphia Income Tax | | -46.08 | 706.30 |
| PA SUI Tax | | -0.72 | 10.96 |
| **Other** | | | |
| DENTAL | | -7.12* | 106.80 |
| Medical | | -107.31* | 1,181.64 |
| Vision | | -3.29* | 49.35 |
| **Net Pay** | | **$874.39** | |
| Chkck1 | | -854.39 | |
| Chkck2 | | -20.00 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information** — this period / total to date
Totl Hrs Worked  80.00

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000290008
Pay date: 07/23/2021

Deposited to the account of
DANEEN HENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | XXXX XXXX | $854.39 |
| xxxxxx0938 | XXXX XXXX | $20.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 2DC | 120409 | GRANDE | XN50K | 00000 630 |

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 07/19/2021
Period Ending: 08/01/2021
Pay Date: 08/06/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 17,198.36 |
| Vacation | 15.0000 | 40.00 | 600.00 | 733.00 |
| Overtime | | | | 669.56 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| **Gross Pay** | | | **$1,200.00** | 19,464.47 |

Your federal taxable wages this period are $1,081.99
Your PA taxable wages this period are $1,081.99
Your Philadelphia taxable wages this period are $1,200.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.02 | 1,034.76 |
| | Social Security Tax | -67.09 | 1,116.54 |
| | Medicare Tax | -15.69 | 261.13 |
| | PA State Income Tax | -33.22 | 552.89 |
| | Philadelphia Income Tax | -46.07 | 752.37 |
| | PA SUI Tax | -0.72 | 11.68 |
| | **Other** | | |
| | DENTAL | -7.41* | 114.21 |
| | Medical | -107.31* | 1,288.95 |
| | Vision | -3.29* | 52.64 |
| | **Net Pay** | **$874.18** | |
| | Chkck1 | -854.18 | |
| | Chkck2 | -20.00 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 40.00 |

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000310008
Pay date: 08/06/2021

Deposited to the account of
DANEEN HENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | XXXX XXXX | $854.18 |
| xxxxxx0938 | XXXX XXXX | $20.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 2DC | 120409 | GRANDE | XN50K | 00000 |

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 08/02/2021
Period Ending: 08/15/2021
Pay Date: 08/20/2021

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 72.00 | 1,080.00 | 18,278.36 |
| Vacation | 15.0000 | 8.00 | 120.00 | 853.00 |
| Overtime | | | | 669.56 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| **Gross Pay** | | | **$1,200.00** | 20,664.47 |

Your federal taxable wages this period are $1,081.99
Your PA taxable wages this period are $1,081.99
Your Philadelphia taxable wages this period are $1,200.00

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -45.02 | 1,079.78 |
| Social Security Tax | -67.08 | 1,183.62 |
| Medicare Tax | -15.68 | 276.81 |
| PA State Income Tax | -33.22 | 586.11 |
| Philadelphia Income Tax | -46.08 | 798.45 |
| PA SUI Tax | -0.72 | 12.40 |

**Other**

| | this period | year to date |
|---|---|---|
| DENTAL | -7.41* | 121.62 |
| Medical | -107.31* | 1,396.26 |
| Vision | -3.29* | 55.93 |
| **Net Pay** | **$874.19** | |
| Chkck1 | -854.19 | |
| Chkck2 | -20.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 72.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

© 2000 ADP, LLC

---

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000330007
Pay date: 08/20/2021

Deposited to the account of
DANEEN HENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | XXXX XXXX | $854.19 |
| xxxxxx0938 | XXXX XXXX | $20.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 2DC | 120409 | GRANDE | XN50K | 0000330007 | |

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 08/02/2021
Period Ending: 08/15/2021
Pay Date: 08/20/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 72.00 | 1,080.00 | 18,278.36 |
| Vacation | 15.0000 | 8.00 | 120.00 | 853.00 |
| Overtime | | | | 669.56 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| **Gross Pay** | | | **$1,200.00** | 20,664.47 |

Your federal taxable wages this period are $1,081.99
Your PA taxable wages this period are $1,081.99
Your Philadelphia taxable wages this period are $1,200.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.02 | 1,079.78 |
| | Social Security Tax | -67.08 | 1,183.62 |
| | Medicare Tax | -15.68 | 276.81 |
| | PA State Income Tax | -33.22 | 586.11 |
| | Philadelphia Income Tax | -46.08 | 798.45 |
| | PA SUI Tax | -0.72 | 12.40 |
| | **Other** | | |
| | DENTAL | -7.41* | 121.62 |
| | Medical | -107.31* | 1,396.26 |
| | Vision | -3.29* | 55.93 |
| | **Net Pay** | **$874.19** | |
| | Chkck1 | -854.19 | |
| | Chkck2 | -20.00 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 72.00 | |

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000330007
Pay date: 08/20/2021

Deposited to the account of
DANEEN HENDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | xxxx xxxx | $854.19 |
| xxxxxx0938 | xxxx xxxx | $20.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| 2DC | 120409 | GRANDE | XN50K | 0000350007 | 1 |

**Earnings Statement** 

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Period Beginning: 08/16/2021
Period Ending: 08/29/2021
Pay Date: 09/03/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 79.20 | 1,188.00 | 19,466.36 |
| Overtime | 22.5000 | 8.12 | 182.70 | 852.26 |
| Holiday | | | | 120.00 |
| Pto | | | | 142.50 |
| Vacation | | | | 853.00 |
| **Gross Pay** | | | **$1,370.70** | 22,035.17 |

Your federal taxable wages this period are $1,252.69
Your PA taxable wages this period are $1,252.69
Your Philadelphia taxable wages this period are $1,370.70

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.51 | 1,145.29 |
| | Social Security Tax | -77.67 | 1,261.29 |
| | Medicare Tax | -18.17 | 294.98 |
| | PA State Income Tax | -38.46 | 624.57 |
| | Philadelphia Income Tax | -52.63 | 851.08 |
| | PA SUI Tax | -0.82 | 13.22 |
| | Other | | |
| | DENTAL | -7.41* | 129.03 |
| | Medical | -107.31* | 1,503.57 |
| | Vision | -3.29* | 59.22 |
| | **Net Pay** | **$999.43** | |
| | Chkck1 | -979.43 | |
| | Chkck2 | -20.00 | |
| | **Net Check** | **$0.00** | |

Other Benefits and Information — this period — total to date
Totl Hrs Worked — 87.32

**Important Notes**
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

© 2000 ADP LLC

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Advice number: 00000350007
Pay date: 09/03/2021

Deposited to the account of
DANEEN HENDERSON

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | xxxx xxxx | $979.43 |
| xxxxxx0938 | xxxx xxxx | $20.00 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| 2DC | 120409 | GRANDE | XN50K | 0000370007 | 1 |

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

# Earnings Statement 

Period Beginning:   08/30/2021
Period Ending:      09/12/2021
Pay Date:           09/17/2021

DANEEN HENDERSON
3941 N 9TH STREET
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 73.97 | 1,109.55 | 20,575.91 |
| Holiday | 15.0000 | 8.00 | 120.00 | 240.00 |
| Pto | 15.0000 | 6.00 | 90.00 | 232.50 |
| Overtime | | | | 852.26 |
| Vacation | | | | 853.00 |
| **Gross Pay** | | | **$1,319.55** | 23,354.72 |

Your federal taxable wages this period are $1,201.54
Your PA taxable wages this period are $1,201.54
Your Philadelphia taxable wages this period are $1,319.55

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.37 | 1,204.66 |
| | Social Security Tax | -74.49 | 1,335.78 |
| | Medicare Tax | -17.42 | 312.40 |
| | PA State Income Tax | -36.89 | 661.46 |
| | Philadelphia Income Tax | -50.67 | 901.75 |
| | PA SUI Tax | -0.79 | 14.01 |
| | Other | | |
| | DENTAL | -7.41* | 136.44 |
| | Medical | -107.31* | 1,610.88 |
| | Vision | -3.29* | 62.51 |
| | **Net Pay** | **$961.91** | |
| | Chkck1 | -941.91 | |
| | Chkck2 | -20.00 | |
| | **Net Check** | **$0.00** | |

Other Benefits and Information    this period    total to date
Totl Hrs Worked                    73.97

Important Notes
EMPLOYER BUSINESS PH#215-701-3847

BASIS OF PAY: HOURLY

Additional Tax Withholding Information
Taxable Marital Status:
PA:                Single
Exemptions/Allowances:
PA:                N/A

* Excluded from federal taxable wages

© 2000 ADP LLC

METHOD RESIDENTIAL PB INC
30 S 15TH STREET, SUITE 1000
PHILADELPHIA, PA 19102
PH: 215.701.3847

Deposited to the account of
DANEEN HENDERSON

Advice number:    00000370007
Pay date:         09/17/2021

**THIS IS NOT A CHECK**

| account number | transit ABA | amount |
|---|---|---|
| xx5996 | XXXX XXXX | $941.91 |
| xxxxxx0938 | XXXX XXXX | $20.00 |

**NON-NEGOTIABLE**