# UNITED BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Daneen Henderson | : | Chapter 13 |
| | : | |
| | : | Bankruptcy No.  21-12592 amc |
| Debtor. | : | |
| | : | |
| | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Daneen Henderson has filed the within Motion with the court to Vacate Dismissal Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before ***January 12, 2022***  you or your attorney must do all of the following:

    a. file an answer explaining your position at ( address of bankruptcy clerk' s office ) If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. mail a copy to the movant's attorney:

    Marcia Y. Phillips, Esq.
    Upright Law
    430 Exton Sq. Parkway, Exton PA 19341
    Phone: (856) 282-1100
    Fax: (888) 303-2922
    Email: mphillips@uprightlaw.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable ASHLEY M. CHAN, USBJ on ***January 19, 2022 @10am***  at in Courtroom 4 , United States Bankruptcy Court, 900 Market Street, Suite 204, Philadelphia PA 19107

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:  12/15/2021            ***/s/ Marcia Y. Phillips, Esquire***
                              Marcia Y. Phillips, Esquire
                              Counsel for Debtor Daneen Henderson