*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daneen Noshoen Henderson
    Debtor(s)

Case No: 21–12592–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Motion to Vacate Dismissal Filed by Daneen Noshoen Henderson Represented by MARCIA Y. PHILLIPS (Counsel)

    on: 1/18/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/17/21

Timothy B. McGrath
Clerk of Court

28 – 25
Form 167