United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12592-amc

Daneen Noshoen Henderson    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Dec 17, 2021      Form ID: 167      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daneen Noshoen Henderson, 3941 N 9th St, Philadelphia, PA 19140-3103 |
| 14637509 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14637510 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14637511 | + | Hagulworh SB & J LLC, PO Box 611, Buffalo, NY 14215-0611 |
| 14640727 | + | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14637514 | | Paragon Way Inc, PO Box 42829, Austin, TX 78704-0044 |
| 14652200 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14637518 | + | Shellpoint Mortgage Servicing, Attn: Recovery Department, PO Box 19024, Greenville, SC 29602-9024 |
| 14641262 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2021 00:19:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14651491 | | Email/Text: megan.harper@phila.gov | Dec 18 2021 00:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14637507 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 18 2021 00:19:44 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14637508 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 18 2021 00:19:44 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14638737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2021 00:19:44 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2021 00:19:44 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14640374 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2021 00:19:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637512 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2021 00:06:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14637513 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 18 2021 00:06:00 | NCO FInancial Systems Inc, PO Box 15630, Dept 99, Wilmington, DE 19850-5630 |
| 14637515 | | Email/Text: blegal@phfa.org | Dec 18 2021 00:06:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14654428 | + | Email/Text: blegal@phfa.org | Dec 18 2021 00:06:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14637516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14650371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2021 00:19:48 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| | | | Dec 18 2021 00:19:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14637517 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2021 00:19:45 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14637519 | + | Email/Text: bankruptcy@sw-credit.com | Dec 18 2021 00:06:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 14638096 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2021 00:19:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14637520 | + | Email/Text: dbogucki@trumark.org | Dec 18 2021 00:06:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Daneen Noshoen Henderson mphillips@uprightlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daneen Noshoen Henderson
    Debtor(s)                            Case No: 21−12592−amc
                                          Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Vacate Dismissal Filed by Daneen Noshoen Henderson Represented by MARCIA Y. PHILLIPS (Counsel)

    on: 1/18/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/17/21

Timothy B. McGrath
Clerk of Court