*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Daneen Noshoen Henderson
    Debtor(s)

Case No: 21–12592–amc
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Vacate (related documents Dismiss Debtor for Failure to File Documents, Motion to Dismiss Case for Other, Motion to Vacate) Filed by Daneen Noshoen Henderson Represented by MARCIA Y. PHILLIPS (Counsel)

on: 3/29/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/2/22

Timothy B. McGrath
Clerk of Court

35 – 33
Form 167