# UNITED BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Daneen Henderson                 :   Chapter 13
                                          :
                                          :   Bankruptcy No.  21-12592 amc
                              Debtor.     :
                                          :
                                          :

## CERTIFICATION OF SERVICE

I, Marcia Y. Phillips, Esquire, attorney for debtor does hereby depose and state:

   On 3/1/2022,  I filed a Motion to Vacate Dismissal and scheduled set forth the date of 3/30/2022 @10am.  However, on 3/2/2022, the clerk rescheduled this matter for 3/29/2022
📎 Collection Letters.pdf
   On 3/2/2022, I did inform all creditors below of debtor's Motion to Vacate Dismissal by regular mail.

     These creditors are:

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

US Dept of Ed/c/o Federal Loan Servicing
PO Box 69184
Harrisburg PA 17106-9184

Capital One Auto Finance
4515 N. Santa Fe Avenue, Dept APS
Oklahoma City OK 73118

Portfolio Recovery Assoc., LLC
POB 41067
Norfolk Va 23541

Shellpoint Mortgage Servicing
Recovery Dept
POB 19024
Greenville, SC 29602

Water Department ℅ City of Philadelphia  Las Dept.
Tax, Revenue Bankruptcy Group
1401 JFK Blvd 5th Floor
Phila Pa 19102-1595

Pinnacle Service Solutions
4408 Milestrip Rd #247
Blasdell NY 14219

Portfolio Recovery
PO Box 41067
Norfolk VA 23541

PHFA
211 North Front Street
Harrisburg PA 17101

   I do hereby certify that the foregoing statements are true.  I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

Date:  3/2/2022                                     /s/ Marcia Y. Phillips, Esq.
                                                                  Attorney for Debtor Daneen Henderson