## UNITED BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Daneen Henderson            :   Chapter 13
                                     :
                                     :   Bankruptcy No. 21-12592 amc
                         Debtor.     :
                                     :
                                     :

### ORDER VACATING DISMISSAL

**AND NOW,** upon consideration of Motion to Vacate Dismissal filed by Debtor, <u>and no opposition being filed</u> ; and/or for good cause shown:

It is hereby **ORDERED** that:

**The within chapter 13 dismissal is and shall be hereby Vacated.**

Date:

**Date: April 27, 2022**                          U.S. BANKRUPTCY JUDGE