United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 21-12592-amc
Daneen Noshoen Henderson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 27, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daneen Noshoen Henderson, 3941 N 9th St, Philadelphia, PA 19140-3103 |
| 14637511 | + | Hagulworh SB & J LLC, PO Box 611, Buffalo, NY 14215-0611 |
| 14640727 | + | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14637514 | | Paragon Way Inc, PO Box 42829, Austin, TX 78704-0044 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 28 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14651491 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14637507 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 28 2022 00:22:56 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14637508 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 28 2022 00:23:06 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14638737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:22:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:23:01 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14637509 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 28 2022 00:24:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14637510 | + | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:23:00 | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14640374 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:22:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637512 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 28 2022 00:24:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14637513 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 28 2022 00:24:00 | NCO FInancial Systems Inc, PO Box 15630, Dept 99, Wilmington, DE 19850-5630 |
| 14637515 | | Email/Text: blegal@phfa.org | Apr 28 2022 00:24:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14654428 | + | Email/Text: blegal@phfa.org | Apr 28 2022 00:24:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14637516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:07 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14650371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14652200 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:22:57 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14637517 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:33:31 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14637518 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 28 2022 00:23:00 | Shellpoint Mortgage Servicing, Attn: Recovery Department, PO Box 19024, Greenville, SC 29602-9024 |
| 14637519 | + | Email/Text: bankruptcy@sw-credit.com | Apr 28 2022 00:24:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 14638096 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14637520 | + | Email/Text: dbogucki@trumark.org | Apr 28 2022 00:24:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14641262 | | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:23:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Daneen Noshoen Henderson mphillips@uprightlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Daneen Henderson                    :   Chapter 13
                                             :
                                             :   Bankruptcy No. 21-12592 amc
                          Debtor.            :
                                             :
                                             :

## ORDER VACATING DISMISSAL

**AND NOW,** upon consideration of Motion to Vacate Dismissal filed by Debtor, <u>and no opposition being filed</u> ; and/or for good cause shown:

It is hereby **ORDERED** that:

**The within chapter 13 dismissal is and shall be hereby Vacated.**

Date:                                              _____
 **Date: April 27, 2022**                          U.S. BANKRUPTCY JUDGE