# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 21-12592-AMC

DANEEN  NOSHOEN HENDERSON

3941 N 9TH ST

PHILADELPHIA, PA 19140

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANEEN  NOSHOEN HENDERSON

3941 N 9TH ST

PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

MARCIA Y. PHILLIPS
430 EXTON SQUARE PARKWAY
#1568
EXTON, PA 19341-

Date: 5/6/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee