# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Chapter 13

DANEEN  NOSHOEN HENDERSON                          Bankruptcy No. 21-12592-AMC

3941 N 9TH ST

PHILADELPHIA, PA 19140



            Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DANEEN  NOSHOEN HENDERSON

    3941 N 9TH ST

    PHILADELPHIA, PA 19140

**Counsel for debtor(s), by electronic notice only.**
    MARCIA Y. PHILLIPS
    430 EXTON SQUARE PARKWAY
    #1568
    EXTON, PA 19341-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/21/2022                                                      /s/ Kenneth E. West

                                         _____
                                         Kenneth E. West, Esquire
                                         Chapter 13 Standing Trustee