# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

Chapter:      13
Case No:     2112592

In re:        DANEEN NOSHOEN HENDERSON

Account Number:  1938

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 4 filed on 11/17/2021 in the amount of $622.18 .

On this date 8/15/2022.

By:   /s/ Ciara M. Lawton
      Ciara M. Lawton
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com