## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     : CHAPTER 13
Daneen N. Henderson

                                      : BANKRUPTCY NO. 21-12592 AMC

                    AMC Debtor (s)

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 06/20/2023 at 10:00 AM before the Hon.Ashely M. Chan

                                                                                                                  Respectfully submitted,

Date: May 3, 2023                                                     /s/Jack K. Miller, Esquire for
                                                                                     Kenneth E. West
                                                                                     Chapter 13 Standing Trustee
                                                                                     P.O. Box 40837
                                                                                     Philadelphia, PA  19105