*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Daneen Noshoen Henderson

    Debtor(s)                                Case No: 21−12592−amc

                                                    Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/20/23 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

                                     For The Court

                                     Timothy B. McGrath
                                     Clerk of Court