United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12592-amc

Daneen Noshoen Henderson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: May 03, 2023 | Form ID: 152 | Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Daneen Noshoen Henderson, 3941 N 9th St, Philadelphia, PA 19140-3103 |
| 14637510 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14637511 | + | Hagulworh SB & J LLC, PO Box 611, Buffalo, NY 14215-0611 |
| 14637514 | | Paragon Way Inc, PO Box 42829, Austin, TX 78704-0044 |
| 14641262 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2023 23:53:26 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:52:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14651491 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14637507 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 03 2023 23:52:49 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14637508 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 03 2023 23:53:25 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14638737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2023 23:53:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2023 23:52:49 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14637509 | + | Email/Text: bankruptcydepartment@tsico.com | May 03 2023 23:45:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14640374 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:52:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637512 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 23:45:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

Case 21-12592-amc    Doc 80    Filed 05/05/23    Entered 05/06/23 00:31:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 152 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14637513 | + | Email/Text: bankruptcydepartment@tsico.com | May 03 2023 23:45:00 | NCO FInancial Systems Inc, PO Box 15630, Dept 99, Wilmington, DE 19850-5630 |
| 14640727 | ^ | MEBN | May 03 2023 23:40:49 | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14637515 | | Email/Text: blegal@phfa.org | May 03 2023 23:45:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14654428 | + | Email/Text: blegal@phfa.org | May 03 2023 23:45:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14637516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2023 23:53:30 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14650371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2023 23:52:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14652200 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:52:45 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14637517 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:52:50 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14637518 | + | Email/Text: mtgbk@shellpointmtg.com | May 03 2023 23:45:00 | Shellpoint Mortgage Servicing, Attn: Recovery Department, PO Box 19024, Greenville, SC 29602-9024 |
| 14637519 | + | Email/Text: bankruptcy@sw-credit.com | May 03 2023 23:45:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 14638096 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:52:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14637520 | + | Email/Text: dbogucki@trumark.org | May 03 2023 23:45:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2023          Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 03, 2023 | Form ID: 152 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Daneen Noshoen Henderson Theladyphillips@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Daneen Noshoen Henderson
    Debtor(s)

Case No: 21−12592−amc

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/20/23 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court