United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12592-amc |
| Daneen Noshoen Henderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 21, 2023 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daneen Noshoen Henderson, 3941 N 9th St, Philadelphia, PA 19140-3103 |
| 14637510 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14637511 | + | Hagulworh SB & J LLC, PO Box 611, Buffalo, NY 14215-0611 |
| 14637514 | | Paragon Way Inc, PO Box 42829, Austin, TX 78704-0044 |
| 14641262 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14651491 | | Email/Text: megan.harper@phila.gov | Jun 22 2023 01:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14637507 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 22 2023 01:10:05 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14637508 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 22 2023 01:10:05 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14638737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 22 2023 01:10:10 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 22 2023 01:10:15 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14637509 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 22 2023 01:04:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14640374 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2023 01:10:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637512 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2023 01:04:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14637513 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 22 2023 01:04:00 | NCO FInancial Systems Inc, PO Box 15630, Dept 99, Wilmington, DE 19850-5630 |
| 14640727 | ^ | MEBN | Jun 22 2023 01:01:29 | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14637515 | | Email/Text: blegal@phfa.org | Jun 22 2023 01:04:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14654428 | + | Email/Text: blegal@phfa.org | Jun 22 2023 01:04:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14637516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 01:10:14 | Portfolio Recovery, Attn: Bankruptcy, 120 |

Case 21-12592-amc    Doc 86    Filed 06/23/23    Entered 06/24/23 00:36:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2023 | Form ID: 155 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | | Corporate Blvd, Norfolk, VA 23502 |
| 14650371 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 22 2023 01:10:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14652200 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 22 2023 01:10:05 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14637517 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 22 2023 01:10:14 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14637518 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Jun 22 2023 01:04:00 | Shellpoint Mortgage Servicing, Attn: Recovery Department, PO Box 19024, Greenville, SC 29602-9024 |
| 14637519 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Jun 22 2023 01:04:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 14638096 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 22 2023 01:10:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14637520 | + Email/Text: dbogucki@trumark.org | | |
| | | Jun 22 2023 01:04:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Daneen Noshoen Henderson Theladyphillips@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2023 | Form ID: 155 | Total Noticed: 25 |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daneen Noshoen Henderson
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−12592−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

84 − 11
Form 155