Certificate Number: 05781-PAE-DE-041455762

Bankruptcy Case Number: 21-12592

05781-PAE-DE-041455762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2026, at 9:54 o'clock AM PDT, Daneen Henderson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President