**Fill in this information to identify the case:**

Debtor 1 **DANEEN NOSHOEN HENDERSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania**
(State)

Case Number **21-12592-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2 6 6 4

**Property Address:** 3941 N. 9TH STREET
Number Street

Philadelphia PA 19140
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 8,150.87 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 8,150.87 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 8,150.87 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West — Date 09/24/2026
Signature

Trustee: Kenneth E. West
First Name Middle Name Last Name

Address: 190 N. Independence Mall West, Suite 701
Number Street

Philadelphia PA 19106
City State ZIP Code

Contact phone (215) 627-1377 Email info@ph13trustee.com

Debtor 1 **DANEEN NOSHOEN HENDERSON** Case Number **21-12592-AMC** Page 1
Name

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 07/13/2023 | 3027750 | Disbursement To Creditor/Principal | 1,458.28 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 08/15/2023 | 3028931 | Disbursement To Creditor/Principal | 191.47 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3030102 | Disbursement To Creditor/Principal | 191.47 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 10/10/2023 | 3030963 | Disbursement To Creditor/Principal | 191.47 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 11/09/2023 | 3032075 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 12/21/2023 | 4000811 | Disbursement To Creditor/Principal | 374.61 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4002539 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 03/12/2024 | 4003470 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4004368 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4005275 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4006222 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4007154 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 08/14/2024 | 4008035 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 09/11/2024 | 4008886 | Disbursement To Creditor/Principal | 187.31 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009770 | Disbursement To Creditor/Principal | 376.69 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 12/11/2024 | 4011509 | Disbursement To Creditor/Principal | 189.39 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 01/15/2025 | 4012363 | Disbursement To Creditor/Principal | 378.78 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4014088 | Disbursement To Creditor/Principal | 189.39 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014951 | Disbursement To Creditor/Principal | 378.78 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015566 | Disbursement To Creditor/Principal | 189.39 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 07/16/2025 | 4017240 | Disbursement To Creditor/Principal | 378.77 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 08/13/2025 | 4018089 | Disbursement To Creditor/Principal | 189.39 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019775 | Disbursement To Creditor/Principal | 378.77 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020668 | Disbursement To Creditor/Principal | 189.39 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 01/14/2026 | 4022323 | Disbursement To Creditor/Principal | 378.77 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 03/18/2026 | 4024071 | Disbursement To Creditor/Principal | 378.78 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 04/15/2026 | 4024969 | Disbursement To Creditor/Principal | 189.39 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 05/13/2026 | 4025858 | Disbursement To Creditor/Principal | 189.38 |
| 5 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 06/17/2026 | 4026742 | Disbursement To Creditor/Principal | 82.72 |
| | | | | | Total for Claim Number 5: | 8,150.87 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **8,150.87** |